# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHUCK HUNTER**<br>REG. # 29866-001 | : | **DOCKET NO. 17-cv-786**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **CALVIN JOHNSON** | : | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts, with prejudice as to the expungement claim and without prejudice as to the access to the courts claim.

**THUS DONE AND SIGNED** in Chambers this 7th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE